**STATE of Missouri, Respondent,**

v.

**Danny REESE, Appellant.**

**No. 50097.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 12, 1985.

William D. Farrar, Kirksville, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for felony rape, in violation of § 566.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).